IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:07-cr-45-MW/CAS

MICHAEL COLSON,

    Defendant.

_____

MICHAEL COLSON,

    Petitioner,

vs.  CASE NO. 4:10-cv-458-MW/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 72, filed October 16, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

1

The Clerk shall enter judgment stating, "Michael Colson's amended motion to vacate, set aside or correct sentence, ECF No. 64, is **DENIED**. A certificate of appealability is **DENIED**."

**SO ORDERED on November 8, 2013.**

s/Mark E. Walker
**United States District Judge**